Granted Dlott
Susan J. Dlott
9/8/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:02-CR-12-1 |
| PLAINTIFF, | : | JUDGE: DLOTT |
| v. | : | Defendant, Kevin Hamlett's, Motion to Terminate Probation |
| KEVIN HAMLETT | : | |
| DEFENDANT. | : | |

Now comes Defendant, Kevin Hamlett, by and through counsel, and requests that this Court terminates and releases him from his remaining period of probation. In support of his Motion, Kevin Hamlett states:

## MEMORANDUM

Mr. Hamlett was placed on supervised release for the instant action (money laundering) for three years in October of 2004 after serving a period of incarceration. Since October 22, 2004 Mr. Hamlett has been supervised by Bill Grajeda who is a United States Probation Officer in Arizona. (Affidavit by Mr. Grajeda attached as Exhibit A). Mr. Hamlett has been on probation for just under two years and is scheduled to be off probation on October 22, 2007. (Id).

While on probation Mr. Hamlett has done the following:

1. Submitted written reports and physically reported to the probation office every month;

2. Submitted around 30 urine tests, the most recent being August 7, 2006. All have been negative;