**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:02-CR-12-1** |
| **PLAINTIFF,** | : | **JUDGE: DLOTT** |
| **v.** | : | |
| | : | **Entry Terminating Probation** |
| **KEVIN HAMLETT** | : | |
| **DEFENDANT.** | : | |

In September of 2006, Defendant, Kevin Hamlett, petitioned this Court to terminate his remaining period of probation. On September 8, 2006 this Court, having reviewed Defendant's motion and finding it to be well taken, granted his motion by way of notation entry. The Defendant has requested a formal entry terminating his remaining period of probation. The Court finds that Kevin Hamlett's remaining period of probation was terminated on September 8, 2006.

IT IS SO ORDERED.

S/Susan J. Dlott_____

JUDGE SUSAN J. DLOTT

454556.1