# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:02-CR-12-1 |
| PLAINTIFF, | : | JUDGE: DLOTT |
| v. | : | |
| KEVIN HAMLETT | : | Entry Terminating Probation |
| DEFENDANT. | : | |

In September of 2006, Defendant, Kevin Hamlett, petitioned this Court to terminate his remaining period of probation. On September 8, 2006 this Court, having reviewed Defendant's motion and finding it to be well taken, granted his motion by way of notation entry. The Defendant has requested a formal entry terminating his remaining period of probation. The Court finds that Kevin Hamlett's remaining period of probation was terminated on September 8, 2006.

IT IS SO ORDERED.

S/Susan J. Dlott

JUDGE SUSAN J. DLOTT

454556.1

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
100 EAST FIFTH STREET, ROOM 103
**CINCINNATI, OHIO 45202**

OFFICIAL BUSINESS

Alenjandro E Munoz
The Gonzales Law Firm PC
Campbell Office Plaza
3501 N Campbell Avenue
Suite 104
Tucson AZ 85719-2032

GONZ501



FILED
FEB 15 2007
JAMES BONINI, Clerk
CINCINNATI, OHIO



RECEIVED
FEB 15 2007
JAMES BONINI, Clerk
CINCINNATI, OHIO

NIXIE    850    1    00  02/12/07
   RETURN TO SENDER
   ATTEMPTED - NOT KNOWN
   UNABLE TO FORWARD
BC: 4520239782D       *2015-15159-31-38*